Louis Kliegman, Respondent, v. Rose Hirsch and Others, Defendants. Jonas Heights Corporation, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the June term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Adele Kneeland, as Sole Acting Executrix, etc., of Charles Kneeland, Late of Lenox, Massachusetts, Deceased, Respondent, v. Lillian L. Treadwell, Individually and as Executrix, etc., of James W. Treadwell, Deceased, Appellant, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Henry L. Kraushar, Appellant, v. Ade Realty Corporation, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Marie LaRocca, as Administratrix of the Goods, Chattels and Credits of Accursio LaRocca, Deceased, Appellant, v. New York Rapid Transit Corporation, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Annabelle Lauren, Respondent, v. James R. Lauren, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Edna Link, Respondent, v. O-So-White, Inc., Appellant.— Motion for reargument of motion for extension of time to serve answer or to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

James H. Moran, Respondent, v. P. J. Tierney Sons, Inc., Appellant.— Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

Mildred M. Matteson, Respondent, v. Harry M. Forst and Others, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

Mildred M. Matteson, Respondent, v. Harry M. Forst and Others, Defendants. Orion N. Steelman and Marshall E. Birkins, Jr., Appellants; Monarch Royalty Corporation, Defendant.— Motion to stay enforcement of judgment granted upon condition that defendants continue the deposit with the county clerk of Westchester county of the 5,000 shares of the stock in question, and upon the further condition that defendants give a bond, with corporate surety, in the sum of $2,500, as security for any loss that may occur by depreciation of the stock so deposited, and that they perfect and argue the appeal at the May term;